No. 85–183.   AMEND ET AL. v. POFF, JUDGE, 47TH JUDICIAL DISTRICT COURT OF TEXAS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–185.   LARSON v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 85–187.   WILLIS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–190.   DENNIE, INDIVIDUALLY AND ON BEHALF OF HIS MINOR SON, NKOSI v. UNIVERSITY OF PITTSBURGH SCHOOL OF MEDICINE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–192.   AUTORINO v. SUPERINTENDENT, ARTHUR KILL CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 85–194.   ERLBAUM ET AL. v. CLEM ET AL.   C. A. 3d Cir. Certiorari denied.

No. 85–196.   MILLER ET AL. v. FIRST FEDERAL OF MICHIGAN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 85–197.   POTTER v. MURRAY CITY ET AL.   C. A. 10th Cir. Certiorari denied.

No. 85–203.   SIMS v. COOKE ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 85–207.   NATIONAL DISTILLERS & CHEMICAL CORP. v. PRATT.   C. A. 6th Cir.   Certiorari denied.

No. 85–208.   CHEADLE ET UX. v. APPLEATCHEE RIDERS ASSN. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–212.   MARTIN v. TWO-R DRILLING CO., INC., ET AL. C. A. 5th Cir.   Certiorari denied.

No. 85–218.   LUXURY BLANKETS, INC., ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.